STATE of Missouri, Respondent,

v.

Allen F. HOUSTON, Appellant.

No. WD 60700.

Missouri Court of Appeals,
Western District.

March 25, 2003.

Emmett D. Queener, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Jefferson City, MO, for Respondent.

Before ULRICH, P.J., LOWENSTEIN and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Appellant, Allen F. Houston, appeals from his conviction after a jury trial of assault in the first degree, § 565.050, RSMo 2000. Appellant was sentenced as a prior and persistent offender to sixteen years in prison. The court finds: it was not plain error for the trial court to allow the state to file a substitute information the morning of trial; it was not plain error for the trial court to submit a modified version of MAI–CR 304.04 to the jury; it was not error for the trial court to allow evidence of a third parties' uncharged

---

crime; and there was sufficient evidence to convict Houston of assault in the first degree, the judgment of the trial court is affirmed. Rule 30.25(b)